## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Marlenys  Fernandez Batista a/k/a          CHAPTER 13
Marlenys Fernandez

               Debtor(s)          BKY. NO. 24-10321 PMM

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                 Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
06 Feb 2024, 13:23:12, EST

               KML Law Group, P.C.
               701 Market Street, Suite 5000
               Philadelphia, PA 19106-1532
               (215) 627-1322