

**Polymeric Systems Inc.**
One PPG Place
Pittsburgh, PA 15272
+1 (833) 7747772

Marlenys Fernandez Batista    300 Raymond St Reading, PA 19605

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Marlenys Fernandez Batista | Polymeric Systems Inc. | | 12/03/2023 | 12/16/2023 | 12/15/2023 | |
| | | | OT Pay Period Begin | OT Pay Period End | | |
| | | | 11/19/2023 | 12/02/2023 | | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,784.02 | 289.40 | 306.30 | 118.06 | 1,070.26 |
| YTD | 48,018.37 | 7,105.77 | 8,663.42 | 2,083.44 | 30,165.74 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Attendance Payment | | | 0.00 | | 900.00 | Social Security | 103.73 | 2,811.97 |
| Award Plan | | | 0.00 | | 300.00 | Medicare | 24.26 | 657.64 |
| Overtime Payment | 11/19/2023 - 12/02/2023 | | 0.00 | | 314.68 | FIT | 106.97 | 3,264.28 |
| Performance Increase | | | 0.00 | | 546.87 | State Tax - PA | 51.36 | 1,392.37 |
| Reg Salary | 12/03/2023 - 12/09/2023 | 40 | 22.30 | 892.01 | | SUI-Employee Paid - PA | 1.25 | 33.61 |
| Reg Salary | 12/10/2023 - 12/16/2023 | 40 | 22.30 | 892.01 | 44,600.50 | City Tax - ELVRS | 16.73 | 453.55 |
| Schedule Adjustment | | | 0.00 | | -182.28 | PA LST - ELVRS | 2.00 | 50.00 |
| Supplemental Ovrtime | | | 0.00 | | 18.53 | | | |
| Taxable Income FSL 100% | | | 0.00 | | 1,520.07 | | | |
| Earnings | | | | 1,784.02 | 48,018.37 | Employee Taxes | 306.30 | 8,663.42 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental PreTax | 8.50 | 204.00 | Savings Plan Loan1 | 118.06 | 1,062.54 |
| Medical Ins PreTax | 102.50 | 2,460.00 | Taxable Income FSL Gross Up Offset | | 1,020.90 |
| PreTax 401k | 178.40 | 4,441.77 | | | |
| Pre Tax Deductions | 289.40 | 7,105.77 | Post Tax Deductions | 118.06 | 2,083.44 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 1,673.02 | 45,354.37 |
| Medicare - Taxable Wages | 1,673.02 | 45,354.37 |
| Federal Withholding - Taxable Wages | 1,494.62 | 40,912.60 |
| State Tax Taxable Wages - PA | 1,673.02 | 45,354.37 |
| City Tax Taxable Wages - ELVRS | 1,673.02 | 45,354.37 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | Description | Accrued | Reduced | Available |
| | | | USA Sick Time Off Plan (Bi-Weekly Sat) | 0 | 0 | 0 |
| Allowances | 0 | 0 | USA Vacation Time Off Plan (Bi-Weekly) | 0 | 0 | -44 |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | |
|---|---|---|
| Bank | Account Number | Amount |
| DIAMOND CREDIT UNION | | 1,070.26   USD |



**Polymeric Systems Inc.**
One PPG Place
Pittsburgh, PA 15272
+1 (833) 7747772

Marlenys Fernandez Batista    300 Raymond St Reading, PA 19605

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Marlenys Fernandez Batista | Polymeric Systems Inc. | | 12/17/2023 | 12/30/2023 | 12/29/2023 | |
| | | | OT Pay Period Begin | OT Pay Period End | | |
| | | | 12/03/2023 | 12/16/2023 | | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,771.08 | 177.11 | 329.70 | 118.06 | 1,146.21 |
| YTD | 49,789.45 | 7,282.88 | 8,993.12 | 2,201.50 | 31,311.95 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Attendance Payment | | | 0.00 | | 900.00 | Social Security | 109.81 | 2,921.78 |
| Award Plan | | | 0.00 | | 300.00 | Medicare | 25.68 | 683.32 |
| Overtime Payment | 12/03/2023 - 12/16/2023 | | 0.00 | | 314.68 | FIT | 118.89 | 3,383.17 |
| Performance Increase | | | 0.00 | | 546.87 | State Tax - PA | 54.37 | 1,446.74 |
| Reg Salary | 12/17/2023 - 12/23/2023 | 40 | 22.30 | 892.01 | | SUI-Employee Paid - PA | 1.24 | 34.85 |
| Reg Salary | 12/24/2023 - 12/30/2023 | 40 | 22.30 | 892.01 | 46,384.52 | City Tax - ELVRS | 17.71 | 471.26 |
| Schedule Adjustment | 12/17/2023 - 12/30/2023 | -0.58 | 22.31 | -12.94 | -195.22 | PA LST - ELVRS | 2.00 | 52.00 |
| Supplemental Ovrtime | | | 0.00 | | 18.53 | | | |
| Taxable Income FSL 100% | | | 0.00 | | 1,520.07 | | | |
| Earnings | | | | 1,771.08 | 49,789.45 | Employee Taxes | 329.70 | 8,993.12 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental PreTax | | 204.00 | Savings Plan Loan1 | 118.06 | 1,180.60 |
| Medical Ins PreTax | | 2,460.00 | Taxable Income FSL Gross Up Offset | | 1,020.90 |
| PreTax 401k | 177.11 | 4,618.88 | | | |
| Pre Tax Deductions | 177.11 | 7,282.88 | Post Tax Deductions | 118.06 | 2,201.50 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 1,771.08 | 47,125.45 |
| Medicare - Taxable Wages | 1,771.08 | 47,125.45 |
| Federal Withholding - Taxable Wages | 1,593.97 | 42,506.57 |
| State Tax Taxable Wages - PA | 1,771.08 | 47,125.45 |
| City Tax Taxable Wages - ELVRS | 1,771.08 | 47,125.45 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | Description | Accrued | Reduced | Available |
| | | | USA Sick Time Off Plan (Bi-Weekly Sat) | 0 | 0 | 0 |
| Allowances | 0 | 0 | USA Vacation Time Off Plan (Bi-Weekly) | 0 | 0 | -44 |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | |
|---|---|---|
| Bank | Account Number | Amount |
| DIAMOND CREDIT UNION | | 1,146.21    USD |



**Polymeric Systems Inc.**
One PPG Place
Pittsburgh, PA 15272
+1 (833) 7747772

Marlenys Fernandez Batista    300 Raymond St Reading, PA 19605

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Marlenys Fernandez Batista | Polymeric Systems Inc. | | 12/31/2023 | 01/13/2024 | 01/12/2024 | |
| | | | OT Pay Period Begin | OT Pay Period End | | |
| | | | 12/17/2023 | 12/30/2023 | | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,029.79 | 179.01 | 408.28 | 273.96 | 1,168.54 |
| YTD | 2,029.79 | 179.01 | 408.28 | 273.96 | 1,168.54 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Overtime Payment | 12/17/2023 - 12/30/2023 | 0.22 | 33.46 | 7.37 | 7.37 |
| Reg Salary | 12/31/2023 - 01/06/2024 | 40 | 22.30 | 892.01 | |
| Reg Salary | 01/07/2024 - 01/13/2024 | 40 | 22.30 | 892.01 | 1,784.02 |
| Schedule Adjustment | 12/31/2023 - 01/13/2024 | 0.27 | 22.31 | 6.03 | 6.03 |
| Taxable Income FSL 100% | 12/31/2023 - 01/13/2024 | 0 | 0.00 | 232.37 | 232.37 |
| Earnings | | | | 2,029.79 | 2,029.79 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 125.85 | 125.85 |
| Medicare | 29.43 | 29.43 |
| FIT | 166.97 | 166.97 |
| State Tax - PA | 62.31 | 62.31 |
| SUI-Employee Paid - PA | 1.42 | 1.42 |
| City Tax - ELVRS | 20.30 | 20.30 |
| PA LST - ELVRS | 2.00 | 2.00 |
| Employee Taxes | 408.28 | 408.28 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| PreTax 401k | 179.01 | 179.01 |
| Pre Tax Deductions | 179.01 | 179.01 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Savings Plan Loan1 | 118.06 | 118.06 |
| Taxable Income FSL Gross Up Offset | 155.90 | 155.90 |
| Post Tax Deductions | 273.96 | 273.96 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,029.79 | 2,029.79 |
| Medicare - Taxable Wages | 2,029.79 | 2,029.79 |
| Federal Withholding - Taxable Wages | 1,850.78 | 1,850.78 |
| State Tax Taxable Wages - PA | 2,029.79 | 2,029.79 |
| City Tax Taxable Wages - ELVRS | 2,029.79 | 2,029.79 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| USA Sick Time Off Plan (Bi-Weekly Sat) | 0 | 0 | 0 |
| USA Vacation Time Off Plan (Bi-Weekly | 0 | 0 | -44 |

### Payment Information

| Bank | Account Number | Amount | |
|---|---|---|---|
| DIAMOND CREDIT UNION | | 1,168.54 | USD |



**Polymeric Systems Inc.**
One PPG Place
Pittsburgh, PA 15272
+1 (833) 7747772

Marlenys Fernandez Batista    300 Raymond St Reading, PA 19605

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Marlenys Fernandez Batista | Polymeric Systems Inc. |  | 01/14/2024 | 01/27/2024 | 01/26/2024 | |
| | | | OT Pay Period Begin | OT Pay Period End | | |
| | | | 12/31/2023 | 01/13/2024 | | |

|  | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,804.11 | 178.40 | 333.48 | 118.06 | 1,174.17 |
| YTD | 3,833.90 | 357.41 | 741.76 | 392.02 | 2,342.71 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Overtime Payment | 12/31/2023 - 01/13/2024 | 0.6 | 33.46 | 20.09 | 27.46 |
| Reg Salary | 01/14/2024 - 01/20/2024 | 40 | 22.30 | 892.01 | |
| Reg Salary | 01/21/2024 - 01/27/2024 | 40 | 22.30 | 892.01 | 3,568.04 |
| Schedule Adjustment | | | | 0.00 | 6.03 |
| Taxable Income FSL 100% | | | | 0.00 | 232.37 |
| Earnings | | | | 1,804.11 | 3,833.90 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 111.85 | 237.70 |
| Medicare | 26.16 | 55.59 |
| FIT | 118.78 | 285.75 |
| State Tax - PA | 55.39 | 117.70 |
| SUI-Employee Paid - PA | 1.26 | 2.68 |
| City Tax - ELVRS | 18.04 | 38.34 |
| PA LST - ELVRS | 2.00 | 4.00 |
| Employee Taxes | 333.48 | 741.76 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| PreTax 401k | 178.40 | 357.41 |
| Pre Tax Deductions | 178.40 | 357.41 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Savings Plan Loan1 | 118.06 | 236.12 |
| Taxable Income FSL Gross Up Offset | | 155.90 |
| Post Tax Deductions | 118.06 | 392.02 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,804.11 | 3,833.90 |
| Medicare - Taxable Wages | 1,804.11 | 3,833.90 |
| Federal Withholding - Taxable Wages | 1,625.71 | 3,476.49 |
| State Tax Taxable Wages - PA | 1,804.11 | 3,833.90 |
| City Tax Taxable Wages - ELVRS | 1,804.11 | 3,833.90 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| USA Sick Time Off Plan (Bi-Weekly Sat) | 0 | 0 | 10 |
| USA Vacation Time Off Plan (Bi-Weekly | 0 | 0 | 120 |

### Payment Information

| Bank | Account Number | Amount |
|---|---|---|
| DIAMOND CREDIT UNION | | 1,174.17  USD |



**Polymeric Systems Inc.**
One PPG Place
Pittsburgh, PA 15272
+1 (833) 7747772

Marlenys Fernandez Batista    300 Raymond St Reading, PA 19605

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Marlenys Fernandez Batista | Polymeric Systems Inc. | | 01/28/2024 | 02/10/2024 | 02/09/2024 | |
| | | | OT Pay Period Begin | OT Pay Period End | | |
| | | | 01/14/2024 | 01/27/2024 | | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,795.73 | 178.40 | 331.50 | 118.06 | 1,167.77 |
| YTD | 5,629.63 | 535.81 | 1,073.26 | 510.08 | 3,510.48 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Overtime Payment | 01/14/2024 - 01/27/2024 | 0.35 | 33.46 | 11.72 | 39.18 | Social Security | 111.34 | 349.04 |
| Reg Salary | 01/28/2024 - 02/10/2024 | 80 | 22.30 | 1,784.01 | 5,352.05 | Medicare | 26.04 | 81.63 |
| Schedule Adjustment | | | | 0.00 | 6.03 | FIT | 117.77 | 403.52 |
| Taxable Income FSL 100% | | | | 0.00 | 232.37 | State Tax - PA | 55.13 | 172.83 |
| | | | | | | SUI-Employee Paid - PA | 1.26 | 3.94 |
| | | | | | | City Tax - ELVRS | 17.96 | 56.30 |
| | | | | | | PA LST - ELVRS | 2.00 | 6.00 |
| Earnings | | | | 1,795.73 | 5,629.63 | Employee Taxes | 331.50 | 1,073.26 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| PreTax 401k | 178.40 | 535.81 | Savings Plan Loan1 | 118.06 | 354.18 |
| | | | Taxable Income FSL Gross Up Offset | | 155.90 |
| Pre Tax Deductions | 178.40 | 535.81 | Post Tax Deductions | 118.06 | 510.08 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 1,795.73 | 5,629.63 |
| Medicare - Taxable Wages | 1,795.73 | 5,629.63 |
| Federal Withholding - Taxable Wages | 1,617.33 | 5,093.82 |
| State Tax Taxable Wages - PA | 1,795.73 | 5,629.63 |
| City Tax Taxable Wages - ELVRS | 1,795.73 | 5,629.63 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | Description | Accrued | Reduced | Available |
| | | | USA Sick Time Off Plan (Bi-Weekly Sat) | 0 | 0 | 10 |
| Allowances | 0 | 0 | USA Vacation Time Off Plan (Bi-Weekly | 0 | 0 | 120 |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | |
|---|---|---|
| Bank | Account Number | Amount |
| DIAMOND CREDIT UNION | | 1,167.77   USD |