UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Marlenys Fernandez-Batista<br><br><br>    Debtor | Chapter 13<br>Bankruptcy No.24-10321-PMM |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 1st day of July, 2024, by first class mail upon those listed below:

Marlenys Fernandez-Batista
300 Raymond Street
Reading, PA  19605-2948

**Electronically via CM/ECF System Only:**

STEPHEN MC COY OTTO ESQ
CORNERSTONE LAW FIRM LLC
8500 ALLENTOWN PIKE, STE 3
BLANDON, PA  19510

                                                      */s/ Kristen Gliem*
                                                      Kristen Gliem
                                                      for
                                                      Scott F. Waterman, Esquire
                                                      Standing Chapter 13 Trustee