| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 24-10321-PMM

Marlenys Fernandez-Batista
300 Raymond Street
Reading  PA    19605-2948

Petition Filed Date: 01/31/2024
341 Hearing Date: 04/02/2024
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/06/2024 | $312.00 | | 04/04/2024 | $312.00 | | 05/06/2024 | $312.00 | |
| 06/04/2024 | $329.00 | | 07/08/2024 | $329.00 | | | | |

**Total Receipts for the Period:  $1,594.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $1,923.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CHASE BANK USA NA<br>»» 001 | Unsecured Creditors | $831.96 | $0.00 | $0.00 |
| 2 | CAVALRY SPV INVESTMENTS LLC<br>»» 002 | Secured Creditors | $5,711.44 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $2,234.93 | $0.00 | $0.00 |
| 4 | MIDLAND CREDIT MANAGEMENT INC<br>»» 004 | Unsecured Creditors | $4,145.75 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $7,151.98 | $0.00 | $0.00 |
| 6 | PENNYMAC LOAN SERVICES LLC<br>»» 006 | Mortgage Arrears | $366.86 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $10,456.39 | $0.00 | $0.00 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $360.55 | $0.00 | $0.00 |
| 9 | TOYOTA MOTOR CREDIT CORPORATION<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-10321-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $1,923.00 | Current Monthly Payment: | $329.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $192.30 | Total Plan Base: | $19,689.00 |
| Funds on Hand: | $1,730.70 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.