# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 24-10321 |
|---|---|
| Marlenys Fernandez Batista | **DECLARATION OF MAILING** <br> **CERTIFICATE OF SERVICE** <br> Chapter: 13 |

On 12/18/2024, I did cause a copy of the following documents, described below,

Motion to Avoid Lien, Notice of Motion, Proposed Order

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/18/2024

/s/ Stephen M Otto
Stephen M Otto  82463

Cornerstone Law Firm LLC
8500 Allentown Pike
Blandon, PA  19510
484 220 0481
steve@sottolaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Marlenys Fernandez Batista | CASE NO: 24-10321<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 12/18/2024, a copy of the following documents, described below,

Motion to Avoid Lien, Notice of Motion, Proposed Order

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/18/2024

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Stephen M Otto
Cornerstone Law Firm LLC
8500 Allentown Pike
Blandon, PA  19510

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

FIRST CLASS

CAVALRY SPV I, LLC
PO BOX 4252
GREENWICH  CT 06831

CAVALRY SPV I, LLC
PO BOX 4252
GREENWICH, CT 06831

CAITLIN TRUMAN
BANKRUPTCY SPECIALIST
CAVALRY PORTFOLIO SERVICES LLC
PO BOX 4252
GREENWICH, CT 06831

DAVID APOTHAKER, ESQ
APOTHAKER SCIAN PC
PO BOX 5496
MT. LAUREL NJ 08054-5496