UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| In Re:<br><br>**MARLENYS FERNANDEZ BATISTA,**<br><br>Debtor | **Bankruptcy No. 24-10321-PMM**<br><br>Chapter 13 |

## ORDER

AND NOW, this 16th day of January, 2025, upon consideration of the foregoing Motion to Avoid Judgment Lien of Cavalry SPV I, LLC (Docket No. 23-14137 Berks County Court of Common Pleas) in Debtor's real estate located at 300 Raymond Street, Reading, PA 19605, Berks County, Pennsylvania, and upon Debtor having asserted that the alleged lien is subject to avoidance pursuant to 11 U.S.C. § 522(f)(1),

IT IS HEREBY ORDERED that the motion is granted. The judicial lien of Cavalry SPV I, LLC in Debtor's real estate located 300 Raymond Street, Reading, PA 19605, Berks County, Pennsylvania is hereby partially avoided in the amount of $1,943.75. The balance of the lien in the amount of $3,404.00 shall remain a lien upon Debtor's real estate unless or until such lien is satisfied through Debtor's Chapter 13 Plan or otherwise.

BY THE COURT:

*Patricia M. Mayer*

**Patricia M. Mayer**
**United States Bankruptcy Judge**