L.B.F. 9014-4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| **MARLENYS FERNANDEZ BATISTA,** | : | |
| | : | **Bky. No. 24-10321-PMM** |
| | : | |
| **Debtor.** | : | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATION OF SERVICE**

I, Stephen M. Otto, certify that on February 10, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Second Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: <u>February 10, 2025</u>

By: <u>*/s/* Stephen M. Otto</u>
Stephen M. Otto Esq.
PA. I.D. No. 82463
Cornerstone Law Firm, LLC
8500 Allentown Pike, STE 3
Blandon, PA 19510
(610) 926-7875
steve@cornerstonelaw.us

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Denise Elizabeth Carlon on behalf of Creditor PennyMac Loan Services, LLC
Creditor
Via:     **X CM/ECF**        1st Class Mail        Certified Mail        e-mail:

United States Trustee
Via:     **X CM/ECF**        1st Class Mail        Certified Mail        e-mail:

Scott Waterman
Trustee
Via:     **X CM/ECF**        1st Class Mail        Certified Mail        e-mail:

Barclays Bank Delaware
Attn: Bankruptcy
125 South West St
Wilmington, DE 19801
Creditor
Via:     CM/ECF        **X 1st Class Mail**        Certified Mail        e-mail:

Capital One
P.O. Box 30253
Salt Lake City, UT 84130
Creditor
Via:     CM/ECF        **X 1st Class Mail**        Certified Mail        e-mail:

Capital One N.A. by American InfoSource as agent
PO Box 71083
Charlotte NC 28272-1083
Creditor
Via:     CM/ECF        **X 1st Class Mail**        Certified Mail        e-mail:

Capital One, N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118
Creditor
Via:     CM/ECF        **X 1st Class Mail**        Certified Mail        e-mail:

Cavalry Portfolio Services
500 Summit Lake Drive
Valhalla, NY 10595-1340
Creditor
Via:     CM/ECF        **X 1st Class Mail**        Certified Mail        e-mail:

Cavalry SPV I, LLC
PO Box 4252
Greenwich, CT 06831
Creditor
Via:    CM/ECF    <u>X **1st Class Mail**</u>    Certified Mail    e-mail:

Credit One Bank
6801 S Cimarron Road
Las Vegas, NV 89113
Creditor
Via:    CM/ECF    <u>X **1st Class Mail**</u>    Certified Mail    e-mail:

Goldman Sachs Bank USA
PO Box 45400
Salt Lake City, UT 84101
Creditor
Via:    CM/ECF    <u>X **1st Class Mail**</u>    Certified Mail    e-mail:

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
Creditor
Via:    CM/ECF    <u>X **1st Class Mail**</u>    Certified Mail    e-mail:

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587
Creditor
Via:    CM/ECF    <u>X **1st Class Mail**</u>    Certified Mail    e-mail:

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090
Creditor
Via:    CM/ECF    <u>X **1st Class Mail**</u>    Certified Mail    e-mail:

Midland Funding/Midland Credit Mgmt
Attn: Bankruptcy
PO Box 939069
San Diego, CA 92193
Creditor
Via:    CM/ECF    <u>X **1st Class Mail**</u>    Certified Mail    e-mail:

PennyMac Loan Services, LLC
Attn: Correspondence Unit
PO Box 514387
Los Angeles, CA 90051-4387
Creditor
Via:      CM/ECF      X **1st Class Mail**      Certified Mail      e-mail:

PennyMac Loan Services, LLC.
P.O. Box 2410
Moorpark, CA 93020
Creditor
Via:      CM/ECF      X **1st Class Mail**      Certified Mail      e-mail:

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541
Creditor
Via:      CM/ECF      X **1st Class Mail**      Certified Mail      e-mail:

Synchrony Bank/Lowes
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896
Creditor
Via:      CM/ECF      X **1st Class Mail**      Certified Mail      e-mail:

Toyota Financial Services
P.O. Box 9490
Cedar Rapids, IA 52409-9490
Creditor
Via:      CM/ECF      X **1st Class Mail**      Certified Mail      e-mail:

Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001
Creditor
Via:      CM/ECF      X **1st Class Mail**      Certified Mail      e-mail: