United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                            Case No. 24-10321-pmm

Marlenys Fernandez Batista                                                       Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                            User: admin                                               Page 1 of 2

Date Rcvd: Feb 13, 2025                               Form ID: 155                                         Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Marlenys Fernandez Batista, 300 Raymond Street, Reading, PA 19605-2948 |
| 14852907 | + | PennyMac Loan Services, LLC, c/o Michael Farrington, Esq, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14851012 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 14 2025 00:10:00 | Barclays Bank Delaware, Attn: Bankruptcy 125 South West St, Wilmington, DE 19801-5014 |
| 14851013 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 14 2025 00:19:43 | Capital One, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 14864976 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 14 2025 00:20:21 | Capital One N.A. by American InfoSource as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 14864488 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 14 2025 00:08:44 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14851014 | + | Email/Text: bankruptcy@cavps.com | Feb 14 2025 00:11:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 14862005 | + | Email/Text: bankruptcy@cavps.com | Feb 14 2025 00:11:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14851015 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 14 2025 00:08:59 | Credit One Bank, 6801 S Cimarron Road, Las Vegas, NV 89113-2273 |
| 14851016 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 14 2025 00:10:00 | Goldman Sachs Bank USA, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 14860982 | + | Email/Text: RASEBN@raslg.com | Feb 14 2025 00:09:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14871011 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 14 2025 00:09:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14864690 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 14 2025 00:10:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14851017 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 14 2025 00:10:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 14870651 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 14 2025 00:20:02 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14851018 | | Email/PDF: ebnotices@pnmac.com | Feb 14 2025 00:09:05 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14870652 | + | Email/PDF: ebnotices@pnmac.com | Feb 14 2025 00:48:28 | PennyMac Loan Services, LLC., P.O. Box 2410, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Moorpark, CA 93020-2410 |
| 14851020 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 14 2025 00:10:00 | Toyota Financial Services, P.O. Box 9490, Cedar Rapids, IA 52409-9490 |
| 14871586 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 14 2025 00:10:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14851019 | | Synchrony Bank/Lowes, FL 32896, Attn: Bankruptcy, Orlando,, Po Box 965060 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 15, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| STEPHEN MCCOY OTTO | on behalf of Debtor Marlenys Fernandez Batista steve@sottolaw.com valeria@cornerstonelaw.us,CornerstoneLawFirmLLC@jubileebk.net,no_reply@ecf.inforuptcy.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|   Marlenys Fernandez Batista | ) | Case No. 24−10321−pmm |
|   aka Marlenys Fernandez | ) | |
| | ) | |
|   Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: February 13, 2025                                                      For The Court

                                                                                                Patricia M. Mayer
                                                                                                Judge, United States Bankruptcy Court