Office Mailing Address:

Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:

Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 24-10321-PMM**

Marlenys Fernandez-Batista
300 Raymond Street
Reading  PA    19605-2948

Petition Filed Date: 01/31/2024
341 Hearing Date: 04/02/2024
Confirmation Date: 02/13/2025

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/06/2024 | $329.00 | | 09/05/2024 | $329.00 | | 10/07/2024 | $329.00 | |
| 11/04/2024 | $329.00 | | 12/03/2024 | $329.00 | | 01/03/2025 | $329.00 | |
| 02/03/2025 | $329.00 | | 03/04/2025 | $329.00 | | 04/01/2025 | $329.00 | |
| 05/07/2025 | $329.00 | | 06/06/2025 | $329.00 | | 07/08/2025 | $329.00 | |

**Total Receipts for the Period: $3,948.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $5,871.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CHASE BANK USA NA<br>»» 001 | Unsecured Creditors | $831.96 | $0.00 | $831.96 |
| 2 | CAVALRY SPV INVESTMENTS LLC<br>»» 02S | Secured Creditors | $3,948.00 | $597.16 | $3,350.84 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $2,234.93 | $0.00 | $2,234.93 |
| 4 | MIDLAND CREDIT MANAGEMENT INC<br>»» 004 | Unsecured Creditors | $4,145.75 | $0.00 | $4,145.75 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $7,151.98 | $0.00 | $7,151.98 |
| 6 | PENNYMAC  LOAN SERVICES LLC<br>»» 006 | Mortgage Arrears | $366.86 | $55.48 | $311.38 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $10,456.39 | $0.00 | $10,456.39 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $360.55 | $0.00 | $360.55 |
| 9 | TOYOTA MOTOR CREDIT CORPORATION<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | CAVALRY SPV INVESTMENTS LLC<br>»» 02U | Unsecured Creditors | $1,943.75 | $0.00 | $1,943.75 |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $4,725.00 | $4,725.00 | $0.00 |
| 11 | GOLDMAN SACHS BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-10321-PMM**

| SUMMARY |
|---------|

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,871.00 | Current Monthly Payment: | $329.00 |
| Paid to Claims: | $5,377.64 | Arrearages: | $0.00 |
| Paid to Trustee: | $493.36 | Total Plan Base: | $19,689.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
 for more  information.**

• Your case information is available to view online at the National Data Center. Please visit
www.ndc.org.