Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Marlenys Fernandez-Batista
300 Raymond Street
Reading, PA 19605-2948

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-10321-PMM**

Petition Filed Date: 01/31/2024
341 Hearing Date: 04/02/2024
Confirmation Date: 02/13/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/06/2025 | $329.00 | | 09/09/2025 | $329.00 | | 10/07/2025 | $329.00 | |
| 11/06/2025 | $329.00 | | 12/08/2025 | $329.00 | | 01/07/2026 | $329.00 | |
| 02/06/2026 | $329.00 | | 03/09/2026 | $329.00 | | 04/06/2026 | $329.00 | |
| 05/11/2026 | $329.00 | | 06/08/2026 | $329.00 | | 07/07/2026 | $329.00 | |

**Total Receipts for the Period: $3,948.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $9,819.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | JP MORGAN CHASE BANK NA<br>»» 001 | Unsecured Creditors | $831.96 | $0.00 | $831.96 |
| 2 | CAVALRY SPV INVESTMENTS LLC<br>»» 02S | Secured Creditors | $3,948.00 | $3,937.98 | $10.02 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $2,234.93 | $0.00 | $2,234.93 |
| 4 | MIDLAND CREDIT MANAGEMENT INC<br>»» 004 | Unsecured Creditors | $4,145.75 | $0.00 | $4,145.75 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $7,151.98 | $0.00 | $7,151.98 |
| 6 | PENNYMAC LOAN SERVICES LLC<br>»» 006 | Mortgage Arrears | $366.86 | $365.93 | $0.93 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $10,456.39 | $0.00 | $10,456.39 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $360.55 | $0.00 | $360.55 |
| 9 | TOYOTA MOTOR CREDIT CORPORATION<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | CAVALRY SPV INVESTMENTS LLC<br>»» 02U | Unsecured Creditors | $1,943.75 | $0.00 | $1,943.75 |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $4,725.00 | $4,725.00 | $0.00 |
| 11 | GOLDMAN SACHS BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,819.00 | Current Monthly Payment: | $329.00 |
| Paid to Claims: | $9,028.91 | Arrearages: | $0.00 |
| Paid to Trustee: | $790.09 | Total Plan Base: | $19,689.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.